UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 14  PM 4:00
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DASHA CORNER and<br>GREATER NEW ORLEANS<br>HOUSING ACTION,<br><br>　　　　　　Plaintiffs,<br><br>VERSUS<br><br>THE HOUSING AUTHORITY OF NEW<br>ORLEANS and LGD RENTAL 1, LLC,<br>doing business as RIVER GARDEN<br>APARTMENTS,<br><br>　　　　　　Defendants. | Civil Action<br>No. 06-10751<br><br>Section "M"<br>Judge Peter Beer<br><br>Mag. Division 1<br>Magistrate Judge Sally Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, LGD Rental 1, L.L.C., doing business as River Garden Apartments, who respectfully requests that this Honorable Court substitute James M. Garner (La. Bar No. 19589) and Debra J. Fischman (La. Bar No. 5578) of the law firm Sher Garner Cahill Richter Klein & Hilbert, L.L.C., in place of Andrew L. Kramer of the law firm Elkins, P.L.C., as counsel of record for defendant LGD Rental 1, L.L.C. in this matter.

Respectfully submitted,

**Andrew L. Kramer (Bar No. 23817)**
**Elkins, P.L.C.**
201 St. Charles Avenue, Suite 4400
New Orleans, Louisiana 70170
Telephone　(504) 529-3600
Telecopier　(504) 529-7163

Fee_____
Process_____
X Dktd_____
　CtRmDep_____
　Doc. No_____

/and/

*[signature: Debra Fischman]*

**JAMES M. GARNER (Bar No. 19589)**
**DEBRA J. FISCHMAN (Bar No. 5578)**
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2700
New Orleans, Louisiana 70112
Telephone: (504) 299-2100

**Counsel for Defendant LGD Rental 1, L.L.C.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, I served a copy of the foregoing upon all counsel of record, via facsimile, U.S. Mail, postage prepaid and properly addressed, and/or electronic mail.

*[signature: Debra Fischman]*